In the Matter of CONSTANT WEBSTER et al., as Commissioners of Highways of the Town of Chatham, Appellants, against PHILIP PURCELL, as Commissioner of Highways of the Town of Kinderhook, Respondent.

*Matter of Webster* v. *Purcell*, 106 App. Div. 360, affirmed.
(Submitted October 4, 1906; decided October 23, 1906.

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 6, 1905, which affirmed an order of Special Term denying an application of the commissioners of highways of the town of Chatham for an order requiring the commissioner of highways of the town of Kinderhook to join in the repair of a bridge over a stream dividing said towns.

*Sanford W. Smith* for appellants.

*Frank S. Becker* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: CHASE, J.